UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
LILLIAN KRISTIANSEN,                    :
                                        :
                      Plaintiff,        :        22cv5601 (DLC)
            -v-                         :
                                        :              ORDER
METROPOLITAN TRANSIT AUTHORITY, et al.,:
                                        :
                                        :
                   Defendants.          :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

On July 21, 2022, defendant Transport Workers Union, Local 100 filed a motion to dismiss the complaint pursuant to Rules 12(b)(1) and 12(b)(6), Fed. R. Civ. P.  Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  Accordingly, it is hereby

ORDERED that plaintiff shall file any amended complaint by **August 11, 2022.**  It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by **August 11, 2022.**  Defendant's reply, if any, shall be filed by **August 25, 2022.**  At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies

of all motion papers by mailing or delivering them to the United

States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          July 22, 2022


                              _____
                                       DENISE COTE
                              United States District Judge