

Colleran
& O'Hara
& Mills L.L.P.

WALTER M. COLLERAN (1912-1998)
RICHARD L. O'HARA
JOHN F. MILLS (1939-2003)
EDWARD J. GROARKE
CHRISTOPHER P. O'HARA
CAROL O'ROURKE PENNINGTON
DENIS A. ENGEL
JOHN S. GROARKE*
MICHAEL D. BOSSO

STEVEN C. FARKAS**
THOMAS P. KEANE***
DAMIEN O. MAREE**
PATRICIA L. BOLAND
SABRINA K. BEKIOS +
GLENN A. KREBS ++

PARALEGALS
LAURA A. HARRINGTON
KRISTINE M. MURPHY
LILLY PIAZZA
DAOMINE ZAMILUS

* ALSO ADMITTED IN NEW JERSEY
** ALSO ADMITTED IN WASHINGTON, D.C.
*** ALSO ADMITTED IN NEW JERSEY AND CONNECTICUT
+ AWAITING ADMISSION
++ OF COUNSEL

August 25, 2022

Hon. Denise Cote
United States District Court
Southern District of New York
500 Pearl Street
Room 1910
New York, New York  10007

    RE:        Kristiansen v. MTA/NYCT and TWU Local 100
Civil Action #:    22-cv-5601
Our File :       0100-6024

Dear Judge Cote:

     This firm represents Defendant, Transport Workers Union Local 100, in the above matter.  Local 100 recently filed a motion to dismiss the complaint, on several grounds, including the lack of subject matter jurisdiction.  That motion has been fully briefed.  Co-defendants, MTA/NYCT, have indicated an intention to file their own motion to dismiss, to which the Plaintiff and co-defendants have agree to an extension of time.

     Pursuant to the Court's Notice of Initial Pretrial Conference, on August 24, 2022, the parties participated in a telephone conference regarding discovery matters.  At that conference, counsel for MTA/NYCT and I indicated our view that all discovery should be stayed, pending decision(s) on the motions to dismiss.  Plaintiff's counsel represented that he did not consider the request unreasonable and that he would confer with his client to ascertain whether she would agree to this proposal.

     Notwithstanding this representation, Plaintiff's counsel now insists that defendants provide initial disclosures pursuant to Rule 26(a)(1) and to the filing of a case management plan.  Supplying this information, considering the posture of the case, is an extraordinary waste of resources, time and effort.  As all other discovery will likely be stayed pending a resolution of the motions to dismiss, it will not prejudice Plaintiff's case to wait for the motions to be decided to receive the initial disclosure materials, in the event the motion(s) are denied.

100 CROSSWAYS PARK DRIVE WEST ,SUITE 200 • WOODBURY, NEW YORK 11797 • T: 516.248.5757 • F: 516.742.1765
WWW.COHMLAW.COM

In addition, the Court scheduled an Initial Pretrial Conference for September 23, 2022 at 3:00 p.m. It is unlikely that co-defendants' motion to dismiss will be fully briefed before that date.

Accordingly, it is respectfully requested that the Court 1) stay all discovery, including initial disclosures and the filing of a case management plan, pending a decision (or decisions) on the motions to dismiss; and 2) adjourn the September 23, 2022 Initial Pretrial Conference to a date and time deemed appropriate by the Court, in light of the above procedural complexities.

Very truly yours,

COLLERAN, O'HARA & MILLS L.L.P.

By: _____
DENIS A. ENGEL

cc: R. Facchini, Esq. *via email*
E. Conroy, Esq. *via email*
R. Drinan, Esq. *via email*
A. St. Laurent, Esq. *via email*

*The 9/23/22 conference is cancelled. Discovery is stayed.*

*Denise Cote*
*8/26/22*