```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
LILLIAN KRISTIANSEN,                 :
                                     :
                         Plaintiff,  :     22cv5601 (DLC)
              -v-                    :
                                     :     ORDER
METROPOLITAN TRANSIT AUTHORITY et al.,:
                                     :
                         Defendants. :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

On July 21, 2022, defendant Transport Workers Union, Local 100 ("TWU") filed a motion to dismiss the complaint. On August 11, the plaintiff opposed, and on August 23, TWU replied. On August 30, the plaintiff filed a motion to strike, in part, TWU's reply memorandum of law. Accordingly, it is hereby

ORDERED that the plaintiff's motion to strike is denied.

IT IS FURTHER ORDERED that the plaintiff shall file a sur-reply addressing TWU's statute of limitations argument by **September 20, 2022**. TWU's reply, if any, shall be filed by **September 27, 2022**.

Dated:   New York, New York
         August 31, 2022

                                    _____
                                    DENISE COTE
                                    United States District Judge