```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
  LILLIAN KRISTIANSEN,                   :
                                         :
                        Plaintiff,       :    22cv5601 (DLC)
              -v-                        :
                                         :         ORDER
  METROPOLITAN TRANSIT AUTHORITY et al., :
                                         :
                                         :
                        Defendants.      :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On September 15, 2022, defendants Metropolitan Transportation Authority and New York City Transit Authority moved to dismiss the complaint pursuant to Rules 12(b)(1) and 12(b)(6), Fed. R. Civ. P.  Accordingly, it is hereby

ORDERED that the plaintiff shall file any opposition to the motion to dismiss by **October 7, 2022**.  Defendants' reply, if any, shall be filed by **October 21, 2022**.  At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         September 16, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge