**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
LILLIAN KRISTIANSEN,

                Plaintiff,

     -against-                               22 **CIVIL** 5601 (DLC)

                                               **JUDGMENT**

METROPOLITAN TRANSIT AUTHORITY et al.,

                Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated March 2, 2023, defendants' July 21 and September

15 motions to dismiss are granted; accordingly, the case is closed.

**Dated:**  New York, New York

       March 3, 2023

                                              **RUBY J. KRAJICK**

                                              _____

                                                 **Clerk of Court**

                   **BY:**

                                              _____

                                                **Deputy Clerk**